| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| 2 | Federal Defender |
|   | HANNAH R. LABAREE, Bar #294338 |
| 3 | Assistant Federal Defender |
|   | Counsel Designated for Service |
| 4 | 801 I Street, 3rd Floor |
|   | Sacramento, California 95814 |
| 5 | Telephone: (916) 498-5700 |

Attorneys for Defendant
MICHAEL SLATON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 06-cr-244 KJM |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| MICHAEL SLATON, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: The Honorable KIMBERLY J. MUELLER |

Defendant, MICHAEL SLATON, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 4, 2008, this Court sentenced Mr. Slaton to a term of 170 months imprisonment (to run consecutive to his 46-month sentence in case number 93-cr-43 JAM);

3. Mr. Slaton's total offense level was 31, his criminal history category was IV, and the resulting guideline range was 151-188 months;

4. The sentencing range applicable to Mr. Slaton was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Slaton's total offense level has been reduced from 31 to 29, and his amended guideline range is 121-151 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Slaton's term of imprisonment to a term of 136 months on the drug conviction, to run consecutive to the 46-months for revocation in case number 93-cr-43 JAM. The sentence for revocation will remain in effect and is not modified by this stipulation. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

| | |
|---|---|
| Dated:  August 27, 2015 | Dated:   August 27, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>MICHAEL SLATON |

1 **ORDER**

2   This matter came before the Court on the stipulated motion of the defendant for reduction
3 of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4   The parties agree, and the Court finds, that Mr. Slaton is entitled to the benefit
5 Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended
6 guideline range of 121 to 151 months.

7   IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2008 is
8 reduced to a term of 136 months, to run consecutive to the 46-month term in case number 93-cr-
9 43 JAM.  This sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

10   The term of imprisonment in case number 93-cr-43 JAM will remain in effect and is not
11 modified by this order.

12   IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
13 remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
14 reduction in sentence, and shall serve certified copies of the amended judgment on the United
15 States Bureau of Prisons and the United States Probation Office.

16   Unless otherwise ordered, Mr. Slaton shall report to the United States Probation Office
17 within seventy-two hours after his release.

18 Dated:   September 4, 2015.

_____
UNITED STATES DISTRICT JUDGE