AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:06-cr-00244-KJM   Document 127   Filed 10/02/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:06-cr-00244 KJM |
| MICHAEL E. SLATON ) aka MICHAEL E. TODD ) | |
| ) | USM No: 06696-097 |
| Date of Original Judgment: 02/04/2008 ) | |
| Date of Previous Amended Judgment: ) | Hannah Rose Labaree, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**   ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    170    months **is reduced to**   136 months to run consecutive to Docket No.: 2:93CR00043-001   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02/07/2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/01/2015

_____
UNITED STATES DISTRICT JUDGE

Effective Date:   11/1/2015         KIMBERLY J. MUELLER, U.S. DISTRICT JUDGE
*(if different from order date)*        *Printed name and title*